# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| MELISSA D. BALL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 2:08-cv-253-WTL-WGH |
| ) | |
| UNITED GT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

Judgment is hereby entered in favor of the Plaintiffs and against Defendant United GT Corporation as follows: (1) damages to Melissa Ball in the amount of $6,608.68; (2) damages to Julie Littlejohn in the amount of $5,883.75; and (3) damages to Travis Williams in the amount of $4,314.75. The Plaintiffs are also entitled to their attorneys' fees in the amount of $37,578.75 and their costs of $350.00. Judgment is also entered in favor of Defendant Raghbir Singh and against the Plaintiffs as to all of the Plaintiffs' claims against him.

SO ORDERED: 11/15/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

David P. Friedrich
Wilkinson Goeller Modesitt Wilkinson and Drummy
dpfriedrich@wilkinsonlaw.com

Hunt Hassler & Lorenz LLP
kondras@huntlawfirm.net

Robert Peter Kondras Jr.